UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SANDRA MOORE, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIV. A. NO.: 4:15-cv-939 |
| THE TRAVELERS COMPANIES, INC., | § § § | |
| *Defendant.* | § § | |

## ORDER ON DEFENDANT'S UNOPPOSED MOTION TO DISMISS AND COMPEL ARBITRATION

Before the Court is Defendant The Travelers Companies, Inc.'s Unopposed Motion to Dismiss and Compel Arbitration ("Motion"). After considering the Motion, the Court is of the opinion that is should be, and is, in all things GRANTED. Therefore, it is ORDERED that:

1. Plaintiff Sandra Moore shall submit all of her claims against Defendant to arbitration before the American Arbitration Association in accordance with the terms of the Arbitration Policy attached to the Motion as Exhibit 1; and

2. Plaintiff's claims are dismissed without prejudice.

SIGNED this the 6th day of July, 2015.

THE HONORABLE LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE